ACCEPTED
01-15-00597-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/18/2015 12:20:14 PM
CHRISTOPHER PRINE
CLERK

**TIMOTHY R. PLOCH, P.C.**
Attorneys at Law
730 N. Post Oak Rd., Suite 100
Houston, Texas 77024
lawplochstaff@flash.net
------------
**TELEPHONE (713) 862-4300**
**FAX (713) 862-7575**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/18/2015 12:20:14 PM

CHRISTOPHER A. PRINE
Clerk

August 18, 2015

## ELECTRONIC FILING

Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin
Houston, Texas 77002

Re:  No. Case No. 01-15-00597-CV; Levent Ulusal v. Lentz Engineering, LC; In the First Court of Appeals

Dear Mr. Prine:

Please let this letter serve as a request for a digital copy of the certified Clerk's Record which was filed in the referenced case on August 17, 2015. Please notify our office at 713-862-4300 when the copy is ready for pick up and we will send a courier.

If you have any questions, please give us a call. Thank you for your assistance with this matter.

Sincerely,

**TIMOTHY R. PLOCH, P.C.**

By:_____
Linda M. Talbot

TRP:kk

cc:  Daniel Kistler     *via email*
     client